UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 0:18-cv-61497-JEM

STRIKE 3 HOLDINGS, LLC, a limited liability
company,

    Plaintiff,

v.

JOHN DOE, subscriber assigned IP address
98.203.4.222, an individual,

    Defendant.

_____/

**PLAINTIFF'S MOTION FOR EXTENSION OF TIME WITHIN
WHICH TO EFFECTUATE SERVICE ON JOHN DOE DEFENDANT**

    Pursuant to Fed. R. Civ. P. 4(m), Plaintiff, Strike 3 Holdings, LLC ("Plaintiff"), makes this motion for entry of an order extending the time within which to effectuate service on the above referenced John Doe Defendant, and states:

    1.    This is a copyright infringement case against a John Doe Defendant known to Plaintiff only by an IP address. Defendant's true identity is known by their Internet service provider ("ISP").

    2.    On September 17, 2018, Plaintiff was granted leave to serve a third party subpoena on Defendant's ISP to obtain the Defendant's identifying information [CM/ECF 9]. Plaintiff issued the subpoena on or about October 1, 2018 and expects to receive the ISP's response on or about October 29, 2018.

    3.    Pursuant to Fed. R. Civ. P. Rule 4(m), Plaintiff is required to effectuate service on the Defendant no later than September 30, 2018.  Because the ISP is not expected to respond

0

until October 29, 2018, and Defendant's identity currently remains unknown to Plaintiff, Plaintiff is unable to comply with the current service deadline.

4. Plaintiff respectfully requests that the time within which it has to effectuate service of the summons and Complaint on Defendant be extended an additional sixty (60) days from October 29, 2018 (the date Plaintiff expects to receive the ISP response), and thus the deadline to effect service be extended to December 29, 2018.  This extension should allow Plaintiff sufficient time to obtain the subscriber's identifying information, investigate whether the individual identified by the ISP is the appropriate defendant for this action, amend the complaint and attempt service of process on the Defendant.

5. This motion is made in good faith and not for the purpose of undue delay.

6. This is Plaintiff's first request for an extension.  None of the parties will be prejudiced by the granting of this extension.

WHEREFORE, Plaintiff respectfully requests that the time within which it has to effectuate service of the summons and Complaint on Defendant be extended until December 29, 2018.  A proposed order is attached for the Court's convenience.

Dated: October 1, 2018                                             Respectfully submitted,

**FOX ROTHSCHILD LLP**
*Attorneys for Plaintiff Strike 3 Holdings, LLC*

By:  /s/ *Joseph A. DeMaria*
**Joseph A. DeMaria, Esq., B.C.S.**
2 South Biscayne Boulevard
One Biscayne Tower, Suite 2750
Miami, FL 33131
Tel.: (305) 442-6540
jdemaria@foxrothschild.com